1010

**GENERAL MOTORS CORPORATION, Plaintiff-Appellant, v. PREFERRED ELECTRIC & WIRE CORPORATION, Defendant-Appellee.**

**No. 289.**

Circuit Court of Appeals, Second Circuit.

March 15, 1937.

Drury W. Cooper, and Thomas J. Byrne, both of New York City, and Harry W. Lindsey, Jr., of Chicago, Ill., for appellant.

Theodore S. Kenyon, John L. Lotsch, and W. Houston Kenyon, Jr., all of New York City, for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

---

**GLENN–COLUSA IRRIGATION DISTRICT v. R. J. McMULLEN et al.**

**No. 8403.**

Circuit Court of Appeals, Ninth Circuit.

March 15, 1937.

A. L. Cowell, of Stockton, Cal., and Hankins & Hankins, of San Francisco, Cal., for appellant.

W. Coburn Cook, of Turlock, Cal., for appellees.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of motion of appellees for advancement of cause for hearing and for affirmance of order of District Court, and good cause therefor appearing, it is ordered that the motion be granted, that a decree of affirmance be filed and entered accordingly, and mandate of this court to issue as provided in rule 32.

---

**GLENN–COLUSA IRRIGATION DISTRICT, Appellant, v. R. J. McMULLEN et al., Appellees.**

**No. 8403.**

Circuit Court of Appeals, Ninth Circuit.

March 15, 1937.

A. L. Cowell, of Stockton, Cal., and Hankins & Hankins, of San Francisco, Cal., for appellant.

W. Coburn Cook, of Turlock, Cal., for appellee.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon motion of appellees, ordered this cause advanced for hearing, submitted, and order of District Court affirmed.

---

**Antoinette HELLER, Appellant, v. UNITED STATES of America, Appellee.**

Circuit Court of Appeals, Ninth Circuit.

March 5, 1937.

Louis L. Swarthe and David Schwartz, both of Los Angeles, Cal., for appellant.

Peirson M. Hall, U. S. Atty., of Los Angeles, Cal.

Before WILBUR, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal in above cause dismissed, that a judgment of dismissal be filed and entered accordingly, and the mandate of this court issued forthwith.